UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEAN FILLINICH,

                                Plaintiff,                      **ORDER**

                -against-                                        26-CV-03272 (PMH)

KAREN PUPOVIC and ISMET PUPOVIC,

                                Defendants.

PHILIP M. HALPERN, United States District Judge:

On April 21, 2026, this case was transferred in to this Court from the United States District Court for the District of Maryland. (Doc. 24). Judge Griggsby, in the transfer order, declined to resolve Defendants' motion to dismiss, granting Plaintiff's motion to change venue instead, and noted that it was not clear that subject-matter jurisdiction is lacking in this case. (Doc. 23 at 2 n.1).

By May 8, 2026, Defendants shall either: (1) file an answer to the Complaint; or (2) file a letter advising the Court that they wish to press their motion to dismiss.

SO ORDERED.

Dated:    White Plains, New York
          April 24, 2026

                                              _____
                                              PHILIP M. HALPERN
                                              United States District Judge