UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEAN FILLINICH,

Plaintiff,

-against-

KAREN PUPOVIC and ISMET PUPOVIC,

Defendants.

**ORDER**

26-CV-03272 (PMH)

PHILIP M. HALPERN, United States District Judge:

Plaintiff's motion for an *ex parte* preliminary injunction and/or temporary restraining order (Doc. 35) is denied without prejudice for failure to comply with Rule 65 of the Federal Rules of Civil Procedure and this Court's Individual Practices Rule 4(F). Plaintiff's request to hear and determine his motion for a preliminary injunction and/or temporary restraining order prior to the Court's ruling on Defendant's pending motion to dismiss (Doc. 36) is denied as moot.

Plaintiff's request for a 30-day extension to file opposition to Defendants' pending motion to dismiss (Doc. 36) is granted. The time for Plaintiff to file opposition is extended to August 14, 2026; and the time for Defendants to file reply is extended to August 28, 2026.

The Clerk of Court is respectfully requested to terminate Doc. 35 and Doc. 36.

SO ORDERED.

Dated: White Plains, New York
July 6, 2026

PHILIP M. HALPERN
United States District Judge