UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEAN FILLINICH,

Plaintiff,

-against-

KAREN PUPOVIC and ISMET PUPOVIC,

Defendants.

**ORDER**

26-CV-03272 (PMH)

PHILIP M. HALPERN, United States District Judge:

The Court will construe Plaintiff's letter request for leave to move for a preliminary injunction (Doc. 39), together with the memorandum filed in violation of the Court's Individual Practices (Doc. 35), as Plaintiff's motion for a preliminary injunction; and will consider the opposition letters filed by Defendants (Doc. 37, Doc. 40) as their opposition thereto. In exercising its discretion to deem Plaintiff's letter as the motion for a preliminary injunction, the Court will consider the motion at the time it adjudicates the extant motion to dismiss.[1]

SO ORDERED.

Dated: White Plains, New York
July 13, 2026

PHILIP M. HALPERN
United States District Judge

[1] As set forth in Rule 2.C of the Court's Individual Practices, the Court reserves the discretion to construe pre-motion letters as the motion itself. As noted in that Rule, this procedure has been upheld by the Second Circuit under appropriate circumstances. *In re Best Payphones, Inc.*, 450 F. App'x 8, 15 (2d Cir. 2011); *see also Brown v. New York*, 2022 WL 221343, at *2 (2d Cir. Jan. 26, 2022). The exercise of such discretion is rendered more appropriate by the Individual Rule, which effectively put the parties on notice of this possibility.