UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEAN FILLINICH,

Plaintiff,

-against-

KAREN PUPOVIC and ISMET PUPOVIC,

Defendants.

**ORDER**

26-CV-03272 (PMH)

PHILIP M. HALPERN, United States District Judge:

Although Plaintiff's complaint has been challenged twice since February 2026, and he only first sought the Court's leave to amend his pleading on July 13, 2026, because of the dictates of Rule 15(a)(2) that leave should freely be given, Plaintiff's motion for leave to file an amended complaint is granted. The proposed amended complaint (Doc. 53) is deemed filed and served as of the date of this Order.

Accordingly, and in light of Defendants' representation concerning withdrawal of their motion to dismiss in the event leave was granted (Doc. 63), the motion to dismiss (Docs. 33, 34) is deemed withdrawn. Plaintiff's motion for sanctions predicated upon Defendants' motion to dismiss (Doc. 60) is therefore denied as moot, as the motion has now been withdrawn. Plaintiff's motion for a preliminary injunction (Doc. 35, Doc. 39) is likewise denied as moot as the pleading upon which it is based has now been superseded by Plaintiff's filing of the amended complaint. *Brown v. City of New York*, No. 25-CV-05920, 2026 WL 1471835, at *2 (S.D.N.Y. May 26, 2026) ("[I]t is imprudent for a preliminary injunction to issue on the basis of a complaint that will shortly be superseded by a pleading that will remedy what are conceded to be fundamental flaws in the present complaint.").

The time for Defendants to answer or file a motion to dismiss the amended complaint is extended to September 18, 2026.

The Clerk of Court is respectfully requested to terminate the pending motions (Docs. 33, 34, 60, 63).

SO ORDERED.

Dated: White Plains, New York
August 26, 2026

PHILIP M. HALPERN
United States District Judge