UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEAN FILLINICH,<br>Plaintiff,<br>-against-<br>KAREN PUPOVIC and ISMET PUPOVIC,<br>Defendants. | **ORDER**<br>26-CV-03272 (PMH) |

PHILIP M. HALPERN, United States District Judge:

With respect to Plaintiff's motion for reconsideration and renewal of motion for Rule 11 sanctions (Doc. 79), the Court sets the following briefing schedule: defendants' response shall be filed and served by October 16, 2026; and Plaintiff's reply, if any, shall be served and filed by October 30, 2026.

With respect to Plaintiff's request for CM/ECF filing access (Doc. 82), the Court denies the request to waive the training prerequisite. A copy of the fillable motion for permission for electronic case filing is annexed to this order.

The Clerk of Court is respectfully requested to terminate the pending letter-motion (Doc. 79).

SO ORDERED.

Dated: White Plains, New York
September 28, 2026

PHILIP M. HALPERN
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

________________________________________

________________________________________

Write the full name of each plaintiff or petitioner.

-against-

________________________________________

________________________________________

Write the full name of each defendant or respondent.

No. _____CV_______________

**MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING**

I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I affirm under penalty of perjury that:

1. I have reviewed the Court's Electronic Case Filing Rules & Instructions, available at http://nysd.uscourts.gov/ecf_filing.php, and agree to abide by them.

2. I completed the Court's CM/ECF introduction course[1] on __________________.

3. I have submitted a Non-Attorney E-File Registration for the PACER system at https://www.pacer.gov/reg_nonatty.html.

4. I understand that once I register for e-filing, I will receive notices and documents only by e-mail in this case and not by regular mail.

5. I understand that if I am granted permission to participate in e-filing, I must file my documents electronically and I may not submit documents to the Pro Se Intake Unit for scanning and docketing.

6. I know how to convert a document to PDF-A format.

7. I have regular access to the technical requirements necessary to e-file successfully:

☐ a computer with internet access and a word processor

type of computer I will be using: ____________________________________

[1] You may register for the course on the Court's website: http://nysd.uscourts.gov/ecf_training.php.

type of word processor I will be using: ______________________________

☐ an e-mail account (on a daily basis) to receive notifications from the Court and notices from the e-filing system

☐ a scanner to convert documents that are only in paper format into electronic files

scanning equipment I will be using: _____________________________________

☐ a PDF reader and a PDF writer to convert word-processing documents into PDF format, the only electronic format in which documents can be e-filed

version of PDF reader and writer that I will be using:

________________________________________________

☐ a printer or copier to create required paper copies such as chambers copies.

8. I understand that I must regularly review the docket sheet of the case so that I do not miss a filing.

9. I understand that if my use of the ECF system is unsatisfactory, my e-filing privileges may be revoked, and I will be required to file documents in paper.

| | |
|---|---|
| Dated | Signature |

Name

| | | | |
|---|---|---|---|
| Address | City | State | Zip Code |

| | |
|---|---|
| Telephone Number | E-mail Address |