UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEAN FILLINICH,<br><br>Plaintiff,<br><br>v.<br><br>KAREN PUPOVIC and ISMET PUPOVIC,<br><br>Defendants. | 7:26-cv-03272-PMH |

**PLAINTIFF'S EMERGENCY MOTION TO COMPEL COMPLIANCE WITH SUBPOENA**

Pursuant to Fed. R. Civ. P. 45(d)(3(C), *pro se* Plaintiff, Sean Fillinich, moves this Court for an Emergency Order Compelling Compliance with the subpoena duly served on non-party, Brennen Maki, Esq., on November 5, 2026, as and for the following reasons:

**FACTUAL BACKGROUND**

1. Plaintiff prepared a deposition subpoena together with a notice of deposition and served these documents on non-party, Brennen Maki, Esq., on November 5, 2026. The deposition is slated to proceed via Zoom on November 12, 2026. Attached hereto are true and accurate copies of the deposition subpoena, notice of deposition, and return of service as Exhibit "**A**."

2. By e-mail to the Plaintiff on November 6, 2026, Mr. Maki brazenly stated of the subpoena, "I reject it and will not be attending the remot

and accurate copy of the email as Exhibit "**B**."

3. At the time of the unilateral refusal, Plain

and time away from work preparing the relevant docume

**LAW**

Plaintiff's "emergency motion" to compel non-party Maki's compliance with the annexed subpoena (Doc. 99) is DENIED. The subpoena fails to comply with Rules 30(b)(4), 45(a)(1)(a)(iii), 45(a)(3), and 45(d)(3) of the Federal Rules of Civil Procedure. Plaintiff has also failed to comply with this Court's Individual Practices Rule 4(D) concerning discovery-related motions. The Clerk of Court is respectfully requested to terminate the pending motion (Doc. 99).

SO ORDERED.

________________________
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
November 10, 2026